**ROB S. LEWIS**
**ATTORNEY AT LAW**
**913 W. RIVER STREET**
**BOISE, IDAHO 83702**
**P.O. BOX 1061**
**BOISE, IDAHO 83701**
**TELEPHONE (208) 395-0667**
**FACSIMILE (208) 338-1273**
**IDAHO STATE BAR #4848**

**ATTORNEY FOR DEFENDANT TIMOFEY BABICHENKO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**TIMOFEY BABICHENKO,** )<br>)<br>Defendant. )<br>_____ ) | **CASE NO. CR18-258-BLW**<br><br>**MOTION FOR OUT OF STATE TRAVEL** |

COMES NOW, above-named Defendant, TIMOFEY BABICHENKO, by and through his attorney of record, Rob S. Lewis, and hereby requests permission from the Court for travel out of state for the following reasons:

1. TIMOFEY BABICHENKO, wish to travel to a wireless retail trade show (CES) in Las Vegas. The trade show will be held January 7-11, 2020. The parties wish to present their Sahara Case brand at the trade show.

2. TIMOFEY BABICHENKO, PIOTR BABICHENKO, and PAVEL BABICHENKO would be staying at the Bellagio Hotel located at 3600 S. Las Vegas Blvd, (888)987-

MOTION FOR OUT OF STATE TRAVEL - 1

6667.

3.  Joel Osborne, TIMOFEY BABICHENKO's supervising officer was contacted on November 12, 2019, 2019 and he has no concerns about TIMOFEY BABICHENKO traveling to and from Las Vegas, Nevada.

RESPECTFULLY SUBMITTED this 13th day of November, 2019.

                                                                 /s/ **Rob S. Lewis**
                                                                 ROB S. LEWIS

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 13ᵀᴴ day of November, 2019, I caused to be served a true and correct copy of the foregoing by the method indicated below, and addressed to the following:

| | |
|---|---|
| Samuel Richard Rubin<br>Federal Public Defender<br>Federal Defender Services of Idaho<br>702 West Idaho Street, Suite 1000<br>Boise, ID  83702 | ☐ U.S. Mail<br>☒ ECF Notification<br>☐ Overnight Mail<br>☐ Telecopy (Fax) |
| Kate Horwitz, Assistant U.S. Attorney<br>Office of the United States Attorney<br>Washington Group Plaza, IV<br>800 Park Blvd. Suite 600<br>Boise, ID  83712<br>khorwitz@usa.doj.gov | ☐ U.S. Mail<br>☒ ECF Notification<br>☐ Overnight Mail<br>☐ Telecopy (Fax) |
| Christian Nafzger, Assistant U.S. Attorney<br>Office of the Unite States Attorney<br>Washington Group Plaza, IV<br>800 Park Blvd. Suite 600<br>Boise, ID  83712<br>cnafzger@usa.doj.gov | ☐ U.S. Mail<br>☒ ECF Notification<br>☐ Overnight Mail<br>☐ Telecopy (Fax) |
| Joel Osborne, U.S. Probation Officer<br>550 W. Fort Street<br>Boise, ID  83724<br>Joel_osborne@idp.uscourts.gov | ☐ U.S. Mail<br>☒ ECF Notification<br>☐ Overnight Mail<br>☐ Telecopy (Fax) |
| John Charles DeFranco<br>Ellsworth, Kallas & DeFranco, PLLC<br>1031 E. Park Blvd.<br>Boise, ID  83712<br>jcd@greyhawklaw.com | ☐ U.S. Mail<br>☒ ECF Notification<br>☐ Overnight Mail<br>☐ Telecopy (Fax) |
| Dartanyon Gabriel Burrows<br>Elisa G. Massoth, PLLC<br>POB 1003<br>Payette, ID  83661 | ☐ U.S. Mail<br>☒ ECF Notification<br>☐ Overnight Mail<br>☐ Telecopy (Fax) |

dburrows@kmrs.net

| | |
|---|---|
| Paul Riggins<br>PO Box 5308<br>Boise, ID 83701<br>Rigginslaw1@yahoo.com | ☐ U.S. Mail<br>☒ ECF Notification<br>☐ Overnight Mail<br>☐ Telecopy (Fax) |
| Greg S. Silvey<br>PO Box 5501<br>Boise, ID 83705<br>greg@idahoappeals.com | ☐ U.S. Mail<br>☒ ECF Notification<br>☐ Overnight Mail<br>☐ Telecopy (Fax) |
| J D Merris<br>Merris and Naugle<br>913 W. River St. 420<br>Boise, ID 83702<br>jmerris@cableone.net | ☐ U.S. Mail<br>☒ ECF Notification<br>☐ Overnight Mail<br>☐ Telecopy (Fax) |
| Robyn Fyffe<br>Fyffe Law<br>PO Box 5681<br>Boise, ID 83705<br>robyn@fyffelaw.com | ☐ U.S. Mail<br>☒ ECF Notification<br>☐ Overnight Mail<br>☐ Telecopy (Fax) |
| Ellen Nichole Horras Smith<br>5561 N. Glenwood St.<br>Boise, ID 83714<br>Ellen@smithhorras.com | ☐ U.S. Mail<br>☒ ECF Notification<br>☐ Overnight Mail<br>☐ Telecopy (Fax) |

/s/ Rob Lewis
ROB S. LEWIS
Attorney for Timofey Babichenko