UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIM BABICHENKO,<br><br>Defendant. | Case No. 1:18-cr-00258-BLW<br><br>**VERDICT** |

We, the jury in the above action, unanimously find as follows:

**Question 1**: As to **Count 1** of the Indictment, charging the defendant with conspiracy to commit wire fraud, in violation of 18 U.S.C. §§ 1349 and 1343, the defendant is:

_____                    _____
Not Guilty                                        Guilty

**Question 2**: As to **Count 4** of the Indictment, charging the defendant with use of interstate wire communications to advertise, sell, and cause the purchase of counterfeit goods listed as "new" on eBay.com on or about March 17, 2016, in violation of 18 U.S.C. § 1343, the defendant is:

_____                    _____
Not Guilty                                        Guilty

VERDICT – TIM BABICHENKO - 1

*If you found the defendant guilty of Count 4, proceed to answer question 3. If you found the defendant not guilty, skip question 3, and proceed to question 4:*

**Question 3:** In finding defendant guilty of Count 4, indicate which counterfeit goods you determined were advertised and sold, with all of you agreeing as to which particular goods were advertised and sold:

_____  Samsung phone
_____  Samsung battery

**Question 4**: As to **Count 6** of the Indictment, charging the defendant with use of interstate wire communications to advertise, sell, and cause the purchase of counterfeit Apple iPhones listed as "new" on Amazon.com on or about October 24, 2017, in violation of 18 U.S.C. § 1343, the defendant is:

_____        _____
Not Guilty            Guilty

**Question 5**: As to **Count 13** of the Indictment, charging the defendant with use of the United States Postal Service to send and deliver counterfeit goods on or about March 17, 2016, in violation of 18 U.S.C. § 1341, the defendant is

_____        _____
Not Guilty            Guilty

*If you found the defendant guilty of Count 13, proceed to answer question 6. If you found the defendant not guilty, skip question 6, and proceed to question 7:*

**Question 6:** In finding defendant guilty of Count 13, indicate which counterfeit goods you determined were sent through the United States Postal Service, with all of you agreeing as to which particular goods were mailed:

_____ Samsung phone
_____ Samsung battery

**Question 7**: As to **Count 15** of the Indictment, charging the defendant with use of the United States Postal Service to send and deliver a counterfeit Apple iPhone on or about October 24, 2017, in violation of 18 U.S.C. § 1341, the defendant is:

_____   _____
Not Guilty         Guilty

**Question 8**: As to **Count 20** of the Indictment, charging the defendant with conspiracy to traffic in counterfeit goods, labels, or packaging, in violation of 18 U.S.C. § 2320, the defendant is:

_____   _____
Not Guilty         Guilty

*If you found the defendant guilty of Count 20, proceed to answer question 9. If you found the defendant not guilty, skip question 9, and proceed to question 10.*

**Question 9:** In finding defendant guilty of Count 20, indicate which items you determined defendant conspired to traffic, with all of you agreeing as to those items:

    \_\_\_\_\_ Counterfeit Goods
    \_\_\_\_\_ Counterfeit Labels
    \_\_\_\_\_ Counterfeit Packaging

**Question 10:** As to **Count 24** of the Indictment, charging the defendant with trafficking in counterfeit goods – specifically, an Apple iPhone 5S – on or about October 24, 2017, in violation of 18 U.S.C. § 2320, the defendant is:

    __X__ Not Guilty             \_\_\_\_\_ Guilty

**Question 11:** As to **Count 30** of the Indictment, charging the defendant with trafficking in counterfeit goods on or about March 17, 2016, in violation of 18 U.S.C. § 2320, the defendant is:

    \_\_\_\_\_ Not Guilty             \_\_\_\_\_ Guilty

*If you found the defendant guilty of Count 30, proceed to answer question 12. If you found defendant not guilty, skip question 12, and proceed to sign and date the verdict in the space provided.*

**Question 12**: In finding defendant guilty of Count 30, indicate which counterfeit goods you determined were trafficked, with all of you agreeing as to which particular goods were trafficked:

        \_\_\_\_ Samsung battery
        \_\_\_\_ Samsung Galaxy S4 cellular phone

9/2/21
DATE                                FOREPERSON