# UNITED STATES DISTRICT COURT
# District of Idaho

## Exhibit List

| Case Name: USA vs. Timofey Babichenko, et al | Plaintiff's Attorney: Katherine L. Horwitz, Christian S. Nafzger, Justin D. Whatcott |
|---|---|
| | Defendant's Attorney: Greg S. Silvey, Rob S. Lewis |

| Docket No.: CR-18-258-S-BLW | Trial Dates: 1/25/2023 | Courtroom Deputy: Jamie Bracke |
|---|---|---|
| Presiding Judge: B. Lynn Winmill | | Court Reporter: Tammy Hohenleitner |

Party Offering Exhibits:

Tim Babichenko

### Instructions

% Complete only the Exhibit Number, Stipulation, Objection, and Description Columns.
% A stipulation to the admission of the exhibit, should be indicated by marking the Stipulation column with "ADM." A partial stipulation should be indicated by an abbreviation indicating the nature of the stipulation, *e.g.* authenticity (AUTH), foundation (FND), relevance (REL), business record exception (BRE). If no stipulation has been reached then leave blank.
% Objections should be noted by abbreviation or by reference to F.R.E., e.g. Relevance (REL or 402).
% More detailed instructions may be obtained from the Deputy Clerk and are provided with the accompanying materials.

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| D1.H-1 | | | | | Search Warrant Return Large Warehouse, SW_ECF 001141 | |
| D3.L-1 | | | | | Seizure of 2015 Ford F150, Reports_HSI-018981 | |
| D3.L-2 | | | | | F-150 JENCKS, JENCKS-004128 | |
| D3.M-1 | | | | | HSI Assist 2016 Harley Davidson, REPORTS_HSI-019153 | |
| D3.K-1 | | | | | Ada County Assessor 2051 W. Three Lakes Court, Meridian, ID | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| D3.K-2 | | | | | House Building Costs | |
| D3.K-3 | | | | | Invoices for House | |
| D3.K-4 | | | | | Citizens Bank Statements | |
| D3.K-5 | | | | | HSBC Bank Statements | |
| D3.K-6 | | | | | Capital One Bank Statement | |
| D3.K-7 | | | | | Sahara Case Tax Return 2020 | |
| D3.K-8 | | | | | Sahara Case Tax Return 2021 | |
| D3.K-9 | | | | | Income 2022 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of January, 2023, I filed the foregoing electronically through the CM/ECF system, which caused the parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing, or served it by email:

Katherine L. Horwitz
Assistant United States Attorney
Office of the United States Attorney
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Kate.Horwitz@usdoj.gov

Christian S. Nafzger
Assistant United States Attorney
Office of the United States Attorney
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Christian.Nafzger@usdoj.gov

Justin D. Whatcott
Assistant United States Attorney
Office of the United States Attorney
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Justin.Whatcott@usdoj.gov

John DeFranco
1031 E. Park Blvd.
Boise, ID 83712
jcd@greyhawklaw.com
*Attorney for Pavel Babichenko*

Barry L. Flegenheimer
Bell Flegenheimer
119 First Avenue South, Suite 500
Seattle, WA 98104
barrylfp@gmail.com
*Attorney for Pavel Babichenko*

Paul E. Riggins
380 South 4th Street, Ste. 104
Boise, ID 83702

rigginslaw@gmail.com
*Attorney for Piotr Babichenko*

Mike French
1002 W Franklin St Boise,
ID 83702
mike@bartlettfrench.com

Robyn A. Fyffe
P.O. Box 5681
Boise, ID 83705
robyn@fyffelaw.com
*Attorney for David Bibikov*

Brian Pugh
411 E. Bonneville Ave.
Suite 250
Las Vegas, NV 89101
brian_pugh@fd.org
*Attorney for David Bibikov*

Melissa Winberg
Nicole Owens
702 W. Idaho Street, Ste. 1000
Boise, ID 83702
melissa_winberg@fd.org
nicole_owens@fd.org
*Attorneys for Anna Iyerusalimets*

Ellen Nichole Smith
P.O. Box 140857
Garden City, ID 83714
ellen@smithhorras.com
*Attorney for Mikhail Iyerusalimets*

Craig Durham
Ferguson Durham, PLLC
223 N. 6th Street, Suite 325
Boise, ID 83702
chd@fergusondurham.com
*Attorney for Defendant Mikhail Iyerusalimets*

Thomas B. Dominick
500 W. Bannock Street
Boise, Idaho 83702
tom@dominicklawoffices.com
*Attorney for Artur Pupko*

Jay J. Kiiha
5700 E. Franklin Road, Ste. 200
Nampa, ID 83687
jay@kiiha.com
*Attorney for Kristina Babichenko*

                                                /s/ Greg S. Silvey
                                                Greg S. Silvey