Silvey Law Office Ltd
Greg S. Silvey, Attorney
ISB # 5139
P.O. Box 5501
Boise, Idaho 83705
(208) 286-7400
ECF:greg@idahoappeals.com

Rob S. Lewis  ISB#4848
Attorney at Law
913 W. River Street, Ste. 430
Boise, ID 83702
(208) 395-0667
Email: office@roblewislaw.com

Attorneys for Defendant
Timofey Babichenko

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | DC No. CR-18-258-S-BLW |
| ) | |
| Plaintiff, ) | NOTICE OF APPEAL |
| ) | |
| vs. ) | |
| ) | |
| TIMOFEY BABICHENKO, ET AL, ) | |
| ) | |
| Defendants. ) | |

COMES NOW, TIMOFEY BABICHENKO, by and through his attorneys of record, and hereby gives notice that he appeals to the United States Court of Appeals for the Ninth Circuit from the Judgment entered in this action on the 22nd day of March, 2023, the Honorable B. Lynn Winmill, Senior United States District Judge, presiding.

DATED This 31st day of March, 2023

                    /s/
                    Greg S. Silvey
                    Attorney for Defendant

greg@idahoappeals.com

/s/ Rob S. Lewis
ROB S. LEWIS
CJA Appointed Counsel
office@roblewislaw.com

CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of March, 2023, I filed the foregoing electronically through the CM/ECF system, which caused the parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing, or served it by email:

Katherine L. Horwitz
Assistant United States Attorney
Office of the United States Attorney
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Kate.Horwitz@usdoj.gov

Christian S. Nafzger
Assistant United States Attorney
Office of the United States Attorney
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Christian.Nafzger@usdoj.gov

Justin D. Whatcott
Assistant United States Attorney
Office of the United States Attorney
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Justin.Whatcott@usdoj.gov

John DeFranco
1031 E. Park Blvd.
Boise, ID 83712
jcd@greyhawklaw.com
*Attorney for Pavel Babichenko*

Barry L. Flegenheimer
Bell Flegenheimer
119 First Avenue South, Suite 500
Seattle, WA 98104
barrylfp@gmail.com
*Attorney for Pavel Babichenko*

Paul E. Riggins
380 South 4th Street, Ste. 104
Boise, ID 83702

rigginslaw@gmail.com
*Attorney for Piotr Babichenko*

Mike French
1002 W Franklin St Boise,
ID 83702
mike@bartlettfrench.com

Robyn A. Fyffe
P.O. Box 5681
Boise, ID 83705
robyn@fyffelaw.com
*Attorney for David Bibikov*

Brian Pugh
411 E. Bonneville Ave.
Suite 250
Las Vegas, NV 89101
brian_pugh@fd.org
*Attorney for David Bibikov*

Melissa Winberg
Nicole Owens
702 W. Idaho Street, Ste. 1000
Boise, ID 83702
melissa_winberg@fd.org
nicole_owens@fd.org
*Attorneys for Anna Iyerusalimets*

Ellen Nichole Smith
P.O. Box 140857
Garden City, ID 83714
ellen@smithhorras.com
*Attorney for Mikhail Iyerusalimets*

Craig Durham
Ferguson Durham, PLLC
223 N. 6th Street, Suite 325
Boise, ID 83702
chd@fergusondurham.com
*Attorney for Defendant Mikhail Iyerusalimets*

Thomas B. Dominick
500 W. Bannock Street
Boise, Idaho 83702
tom@dominicklawoffices.com
*Attorney for Artur Pupko*

Jay J. Kiiha
5700 E. Franklin Road, Ste. 200
Nampa, ID 83687
jay@kiiha.com
*Attorney for Kristina Babichenko*

/s/ Greg S. Silvey
Greg S. Silvey
